IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LARRY CLAYTON                                                                                    PLAINTIFF

v.                                          Case No. 6:23-cv-6065

WARDEN WHITE, *et al*.                                                                DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Comstock recommends that Plaintiff's case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2) for failing to prosecute this matter and for failing to obey orders of the Court.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed.[1]  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 6) *in toto*.  Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of November, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] All Court mailings have been returned as undeliverable to Plaintiff since August 2023.  ECF No. 7.  Plaintiff has not provided an updated address and has not communicated with the Court in any manner since filing his Complaint.